# General Affidavit

The within named person (Affiant), **Tyrone-Eugene: jordan**, who is a resident of **HARRIS** County, State of **TEXAS**, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts and things set forth are true and correct, to the best of his/her knowledge:

1.) THAT, Affiant is a Natural, sentient man, and authorized representative for ens legis entity TYRONE EUGENE JORDAN, whom is the Defendant in Criminal Case No. 4:15-cr-0182, in the U.S. District Court, Southern District of Texas, Houston Division, makes this affidavit in support of NOTICE regarding courts lack of jurisdiction;

2) THAT, Affiant (the Natural man) has appeared on the record of the proceeding of Criminal Case No 4:15-cr-0182 in his "PRIVATE" capacity;

3) THAT, Affiant is not a corporation or a legal (ens legis) "person", nor consent to be a surety for one;

4) THAT, Affiant is the authorized representative for ens legis entity TYRONE EUGENE JORDAN, who is a U.S. Statutory "person", issued a U.S. Social Security No. ending 2742;

5) THAT, Affiant is held in jail (detained), under Duress, on the behalf of ens legis statutory person TYRONE EUGENE JORDAN, in order to answer a U.S. Code (Statutory Law) violation in Criminal Case No 4:15-cr-0182, wherein TYRONE EUGENE JORDAN is the named Defendant;

6) THAT, Affiant is a Natural, sentient man, is competent, and does not not consent to knowingly or unknowingly being a surety for ens legis TYRONE EUGENE JORDAN in this matter;

7) THAT, Affiant has appeared in his "private" capacity regarding these proceedings, relating to private document/papers filed in the public records of the State of Texas, that is the subject for which the Plaintiff (UNITED STATES OF AMERICA) Criminal complaint/Indictment refers, and Affiant appears in "Special/Restrictive Appearance" as jurisdiction (personal and subject-matter) has been challenged;

8) THAT, Affiant is not represented, nor has retained attorney Richard Kuniansky for "personal" legal services but has been court appointed to represent ens legis TYRONE EUGENE JORDAN regarding the alleged statutory law violations of 18 USCS 1521;

9) THAT, Affiant, as authorized representative for ens legis TYRONE EUGENE JORDAN, timely filed with the U.S. District Court, on or about May 12, 2015, In Re: TYRONE EUGENE JORDAN, "DEFENDANTS MOTION TO DISMISS FOR LACK OF JURISDICTION", which was properly indorsed by affiant and served upon the known interested parties;

10) THAT, on May 18 2015, affiant received by mail from a non-interested third party, at the Joe Corley Detention Facility, "Notice" that U.S. District Court judge by "Order" on May 13, 2015, that said Motion be striken from the record

11) THAT, on May 18 2015, affiant (who is shown not to be the named alleged Defendant) timely returned the Order, after receiving notice, with the conspicous notice that it is being "REFUSED FOR CAUSE, WITHOUT DISHONOR" and "I DO NOT CONSENT" to these proceedings, as affiant (the filing interest party) is not being represented by attorney Richard;

12) THAT, Affiant has seen no evidence or has knowledge that court appointed attorney Richard Kuniansky (Public Defender) can represent ens legis "Public" entity TYRONE EUGENE JORDAN and Affiant (Tyrone-Eugene: of the family Jordan) in his "Private" capacity regarding this statutory law matter;

13) THAT, Affiant has been prejudiced by the U.S. District Court judges "Order" striking a parties signed Motion, challenging jurisdiction, which is a sanction;

14) THAT, Affiant has seen NO evidence that U.S. District Court judge "Order" striking a parties "Defendant's Motion to Dismiss for Lack of Jurisdiction", with an attached sworn affidavit in support and admissable evidence on his own initiive, is not prima facie evidence this U.S. Court is proceeding against Affiant without lawful jurisdiction;

15) THAT, Affiant has no knowledge or seen evidence the U.S. District Court judge (signing Order) has lawful authority to strike a parties challenge of jurisdiction without notice and opportunity, or by motion of opposing party seeking to assert or invoke the courts jurisdiction;

16) THAT, Affiant has seen no proof or evidence that U.S. District Court judges "Order" striking Defendant's Motion does not seek to prevent the UNITED STATES OF AMERICA (Plaintiff) from establishing subject-matter and personal jurisdiction, which on the face of the proceedings and presented evidence is lacking, and thereby appearing

to be impartial and has abandoned the bench;

17) THAT, Affiant does not accept or consent to any presumption or assumptions that ens legis entity TYRONE EUGENE JORDAN, who is the named Defendant in Criminal Case No. 4:15-cr-182, and the "Private" Natural, sentient man Tyrone-Eugene: of the family Jordan (Affiant) is the same being, subject to liability to the U.S. Statutes;

18) THAT, Affiant is NOT a named party to the Criminal Indictment, but the agent and authorized representative for ens legis TYRONE EUGENE JORDAN (Defendant), is being held/detained in jail unlawfully, under duress, and denied bond;

19) THAT, Affiant is not an employee, agent, or officer of the Corporate UNITED STATES or its subsidiary UNITED STATES OF AMERICA, nor does Affiant receive any money from said organization;

20) THAT, Affiant has seen no evidence that affiant has a contract with the UNITED STATES, which subjects Affiant to its statutory codes;

21) THAT, Affiant has seen no evidence that would controvert that the Plaintiff (UNITED STATES OF AMERICA) and Defendant (TYRONE EUGENE JORDAN) are ens legis entities and UNITED STATES Citizens;

22) THAT, Affiant suffers continued harm by the U.S. officers, agents, and employees commencing these statutory law violations

23) THAT, Affiant has seen no evidence that an injured party has attested and asserted to the U.S. Statutory law violations of 18 U.S.C. 1521, relating to "Affidavit of Obligation Commercial Lien" or Financial Statement, affiant or TYRONE EUGENE JORDAN, has financially harass them by claiming rights to property (personal or real property) by lien or encumbrance upon any U.S. officer, agent, judge, or employee, nor that any specific claim is knowingly false;

FURTHER AFFIANT SAYTH NAUGHT

Dated this 30th day of May, 2015,

_____
Signature of Affiant

---

State of Texas

County of Montgomery

Subscribed and sworn to, and affirmed, before me on this 20 day of May, 2015 by Affiant Jordan Tyrone.

_____
Signature of Notary Public

08-08-2018
My Commission Expires:

(Seal)

BOBBI JEAN CARTER
Notary Public, State of Texas
My Commission Expires
August 08, 2018

Page 4 of 4

Case 4:15-cr-00182 Document 24-1 Filed in TXSD on 06/01/15 Page 5 of 7
Case 2:10-cr-00020 Document 281-1 Filed in TXSD on 07/09/14 Page 1 of 25
Private Not for Filing                                                      Private Not for Filing

## LETTER OF REQUEST
### "In Camera"

Hayden W. Head Jr.
U.S. District Court
1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

COPY

Re: Demand for Summary Judgment; USDC Civil Action 2:13-cv-149

ATTN: Hayden Head Jr.,

Enclosed is the above referenced document as it relates to Civil Action No. 2:13-cv-149, collaterally attacking criminal case number 2:10-cr-20(3). You were served "in camera", copy of public filing, Motion for Summary Judgment (D.E. 268), and copy of Affidavit in Support of Motion for Summary Judgment (D.E. 274), together with proposed Order, as it relates to the filings and pleadings of the parties, on or about January 13, 2014.

Mr. Head, you have also been provided with certified copies of "Private" Contract No. 201403-DOJ-09, relating to Civil Action No. 2:13-cv-149, pending before this Honorable Court, evidencing agreement of the parties, sent via Certified Mail No. 7013 3020 0001 2529 6416.

Per the documents filed in this matter, there is agreement of the parties, and the enclosed Motion served to this court "in camera", request this court to take Judicial Notice of the actions of the parties and hand down the "Order" in this matter.

Dated this **30** day of April, 2014.

All Rights Reserved, Without Prejudice
Sincerely,

By: _____
Tyrone-Eugene: Jordan by and
through TYRONE EUGENE JORDAN,
Movant

Exhibit 2A (3 pages)

FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: TYRONE EUGENE JORDAN, Petitioner | § | |
| Tyrone-Eugene: Jordan Plaintiff | § | CIVIL ACTION No. 2:13-cv-149 |
| vs | § | CRIMINAL CASE No. 2:10-cr-20(3) |
| UNITED STATES OF AMERICA Respondent | § | |

United States Courts
Southern District of Texas
FILED
JULY 07 2015
David J. Bradley, Clerk of Court

**DEMAND FOR SUMMARY JUDGMENT**
(Fed. R. Civ. P. Rule 56 & UCC 1-303)

COMES NOW, Tyrone-Eugene: Jordan, by and through TYRONE EUGENE JORDAN, Movant, moves this court for ORDER to Vacate in Civil Action No. 2:13-cv-149 as relating to Criminal Case No. 2:10-cr-20(3). The matter is settled and established by the parties, as there is no genuine issue as to any material fact and there is no controversy of material fact between the parties. Motion for Summary Judgment was filed into the record on December 23, 2013, therefore, this Demand for Summary Judgment in favor of Movant should be **GRANTED**, without delay.

Tyrone-Eugene: Jordan, by and through TYRONE EUGENE JORDAN, has previously requested this court, by the filing of Motion for Summary Judgment (D.E. 268); and Affidavit in support (D.E. 274) filed on January 27, 2014, in accordance with Fed. Rules Civil Procedures Rule 56, to provide Movant the remedy, rightfully entitled to in above referenced Civil and Criminal matter, as there is agreement of the parties, therefore, ORDER to VACATE related Criminal Case No. 2:10-cr-20(3) should be GRANTED.

That Movant has further submitted evidence via private Contract No. 201403-DOJ-09, being established in due form of Law Merchant (UCC), that there is agreement of the parties as to injury and damages suffered by Movant as it relates to Civil Action No. 2:13-cv-149, therefore, ORDER for Summary Judgment in this Civil Action should be GRANTED.

(1)

Movant by this motion renews that request, and Demand that Order be handed down in favor of Movant.

This motion is based on the pleading and papers on file with the Clerk of Court in this action, this motion, the affidavits and sworn declarations, exhibits, and whatever other evidence presented for consideration.

Wherefore, Movant prays:

(1) That process in due form of law according to the practice of this Honorable Court issue against the Respondent/Defendant judgment as relating to course of performance in the aforesaid matter(s);

(2) That Movant/Plaintiff be awarded judgment ORDER for damages in the amount agreed to by the parties via contract no. 201403-DOJ-09;

(3) That the court grant Plaintiff such other and further relief as the justice of the cause may require.

Dated this **30** day, of April 2014.

All Rights Reserved, Without Prejudice
Respectfully sworn and submitted,

By: _____
Tyrone-Eugene: Jordan by and through
TYRONE EUGENE JORDAN, Movant
Real Party at interest and Injury

(2)