# National Liberty Alliance

July 13, 2015

United States Courts
Southern District of Texas
FILED

JUL 1 3 2015

David J. Bradley, Clerk of Court

The Hon. Judge Gary H. Miller
United States District Court for the Southern District of Texas
Houston Division
15 Rusk, Courtroom 9-d
Houston, TX 77072

RE:  *UNITED STATES OF AMERICA v. TYRONE EUGENE JORDON,* 4:145-cr-00182

Dear Judge Miller:

My name is Brad Parsons of the National Liberty Alliance and the purpose of this letter is to advise you of our intent to have Courtroom Observers present during the trial/hearing in the above described matter, scheduled to take place on Tuesday, July 14, 2015 at 9:00 o'clock in the a.m.

These observers have received special training on how to conduct themselves during the proceedings and they will in no way do anything to disrupt the trial/hearing in any manner, nor will they interfere with the proper decorum of your court. They are merely members of the public, and their *only* purpose is to act as impartial witnesses of the proceedings.

Invite your attention to the 6th Amendment of the Constitution of the United States, which, among other things, protects the defendant's right to a public trial, and that, moreover, every phase of the proceedings, from the arraignment to the sentencing, is a part of that trial process.

I also wish to inform you that our observers will be using video and audio recording devices during their observations pursuant to the decisions of the United States Appellate Courts in the matters of: *Fordyce v. City of Seattle*, 55 F.3d 434 (9th Cir. 1995), and *Smith v. City of Cummings*, 99-8199 (11th Cir. 2000), each of which held that the public has a right, protected by the First Amendment, to record the activities of public officials while on public property.

In thanking you for your attention and cooperation in this matter, I am

Sincerely,

Brad Parsons, National Coordinator
Courtroom Observer Committee

nationallibertyalliance.org