**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | No. 4:15-182 |
| § | |
| TYRONE EUGENE JORDAN § | |

**MOTION TO SUBSTITUTE COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Defendant, Tyrone Eugene Jordan and brings this Motion to Substitute Counsel, requesting the Court grant permission for Richard B. Kuniansky to withdraw and to substitute Charles R. Johnson, Jr. as attorney of record for Defendant in the above styled and numbered cause, and in support thereof would show:

1. Richard B. Kuniansky was previously appointed by the Court to represent Defendant in this cause. Defendant no longer desires to be represented by Richard B. Kuniansky.

2. Charles R. Johnson, Jr. has been employed to represent Richard B. Kuniansky in this case. This Motion is not brought for delay, but to allow Defendant to be represented by counsel of his choice.

**WHEREFORE, PREMISES CONSIDERED,** Richard B. Kuniansky prays that the Court enter an order allowing Richard B. Kuniansky to withdraw from representing Defendant and to substitute Charles R. Johnson, Jr. as attorney of record in this cause.

Respectfully submitted,

THE CHARLES JOHNSON LAW FIRM

By: */s/ Charles R. Johnson, Jr.*
Charles R. Johnson, Jr.
State Bar No. 24025742
815 Walker Street, Suite 1047
Houston, Texas 77002
Tele: (713) 490-1202
Fax: (713) 490-5669
charlesjohnson@houstonlawyer.com
**Attorney for Tyrone Eugene Jordan**

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument has been forwarded to all counsel of record on this 30th day of November 2015 via the Court's electronic case filing system.

*/s/ Charles R. Johnson, Jr.*
Charles R. Johnson, Jr.