United States District Court
Southern District of Texas
**ENTERED**
December 02, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.  § | CRIMINAL ACTION H-15-182 |
| § § § | |
| TYRONE EUGENE JORDAN *in custody* § | |

**ORDER**

Charles Ray Johnson's motion to substitute attorney (Dkt. 81) is DENIED.

Signed at Houston, Texas on December 2, 2015.

_____
Gray H. Miller
United States District Judge